UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT DUKOWITZ,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LUND, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 3:18-CV-05904-RBL-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: OCTOBER 25, 2019 |

The District Court has referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge J. Richard Creatura. Plaintiff Robert Dukowitz, proceeding *pro se* and *in forma pauperis*, initiated this civil rights action on November 5, 2018. Dkt. 1.

On May 3, 2019, defendants filed a motion to dismiss. Dkt. 17. Plaintiff did not file a response. On June 12, 2019, the Court ordered supplemental briefing as to whether some or all of the claims in the complaint were barred under *Heck v. Humphrey,* 512 U.S. 477 (1994). Dkt. 19. The Court's June 12, 2019 order was returned to the Court as undeliverable. Dkt. 20. The Clerk's office was informed from the Washington Corrections Center staff that plaintiff had been released to community custody. *Id.* The order was resent to plaintiff at a DOC field office in care

REPORT AND RECOMMENDATION - 1

of plaintiff's community custody officer. *Id.* Plaintiff did not file a notice of change of address. *See* L.C.R. 41(b)(2) (a party proceeding *pro se* shall keep the Court and opposing parties advised as to his current mailing address). On June 24, 2019, defendants filed their supplemental brief. Dkt. 21. Plaintiff did not file a brief in response to defendants' supplemental brief.

On August 7, 2019, the Court entered an order directing plaintiff to: (1) provide a status update informing the Court whether he wishes to proceed with this action; (2) file a response to the motion to dismiss; and (3) notify the Court of his current mailing address. Dkt. 22. The Court warned plaintiff failure to respond to the order would result in the Court recommending dismissal of this action. *Id.*

Plaintiff also failed to comply with or respond to the Court's August 7, 2019 order. In sum, plaintiff has not taken any action in this case since April 18, 2019. *See* Dkt. As plaintiff has failed to comply with the Court's order and prosecute this case, the Court recommends this case be dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on October 25, 2019 as noted in the caption.

Dated this 1st day of October, 2019.

J. Richard Creatura
United States Magistrate Judge