UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT DUKOWITZ, | CASE NO. C18-5904RBL |
| Plaintiff, | ORDER |
| v. | |
| KAWYNE A LUND, | |
| Defendant. | |

THIS MATTER is before the Court on Magistrate Judge Creatura's Report and Recommendation [Dkt. #23]. Plaintiff Dukowitz has not objected.

1. The Report and Recommendation is **ADOPTED;**
2. Dukowitz's complaint is **DISMISSED** without prejudice;
3. If he appeals, Dukowitz's *in forma pauperis* status **WILL** continue;
4. The Clerk shall send copies of this Order to the Dukowitz's last known address and to Magistrate Judge Creatura.

IT IS SO ORDERED.

Dated this 29th day of October, 2019.

Ronald B. Leighton
United States District Judge